**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

HOUSTON SPECIALTY
INSURANCE COMPANY and
SCOTTSDALE INSURANCE
COMPANY,

                    Plaintiffs,                   CIVIL ACTION FILE

vs.                                   NO. 1:19-cv-03319-CAP

THE FIVE PACES INN CO.
and ANNALEE HUNTER,

                    Defendants.

<u>J U D G M E N T</u>

    This action having come before the court, Honorable Charles A. Pannell, Jr.,

Senior United States District Judge, for consideration of Defendant Annalee Hunter's

Motion to Dismiss, and the court having granted said motion, it is

    **Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

    Dated at Atlanta, Georgia, this 19th day of December, 2019.

                                JAMES N. HATTEN
                                CLERK OF COURT

                      By:   <u>s/Traci Clements-Campbell</u>
                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
      December 19, 2019
James N. Hatten
Clerk of Court
By: <u>s/Traci Clements-Campbell</u>
      Deputy Clerk